UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GENARO LOPEZ, *et al*, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-697 |
| | § |
| BANK OF AMERICA, N.A., *et al*, | § |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 27); Plaintiffs' Response (Doc. 32); and Judge Stacy's Memorandum and Recommendation that the Court grant the Defendant's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim. Plaintiffs filed objections (Doc. 38), to which Defendants responded (Doc. 41).

The Court reviewed, *de novo*, the Magistrate Judge's conclusions and the objections thereto and agrees that Plaintiffs have failed to state any claims upon which relief may be granted. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. 37) is **ADOPTED**. It is further

**ORDERED** that Defendants' Motion to Dismiss (Doc. 27) is **GRANTED** and that Plaintiffs' claims be **DISMISSED WITH PREJUDICE** for failure to state a claim.

This Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this \_\_\_5\_\_\_ day of October, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE